USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS D. MEJIA HUERTA and Cintya A. Betancourt Valbuena, as Next Friend,

Petitioners/Plaintiffs,

-against-

WARDEN, in their official capacity as 26 Federal Plaza; WILLIAM JOYCE, in their official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as acting Executive Associate Director, Enforcement and Removal Operations; TODD M. LYONS, in his official capacity as Acting Director Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and ATTORNEY GENERAL, in their official capacity as Attorney General,

Respondents/Defendants.

1:26-cv-6452 (MKV)

ORDER TO ANSWER

MARY KAY VYSKOCIL, United States District Judge:

On July 29, 2026, Petitioner, proceeding through his next friend, filed a petition for a writ of *habeas corpus* pursuant to Title 28, United States Code, Section 2241. [ECF No. 1] (the "Petition"]. The same day, the Court entered an Order directing payment of the filing fee or the filing of an application to proceed *in forma pauperis*. [ECF No. 3].

Petitioner thereafter filed an amended petition. [ECF No. 4] (the "Amended Petition"). In addition, the Parties submitted letters concerning the Court's retention of jurisdiction over this case after the Petitioner had been transfer to Pennsylvania. [ECF Nos. 5–7]. The Parties agreed—as does the Court—that "[b]ecause this Court acquired habeas jurisdiction at the time [the Petition] was filed given Petitioner's presence in this District, his subsequent transfer out of this District

does not impair this Court's jurisdiction over the case." [ECF No. 7]. The filing fee was paid today, August 4, 2026.

Accordingly, IT IS HEREBY ORDERED that the Government shall respond to the Amended Petition by August 7, 2026. IT IS FURTHER ORDERED that Petitioner shall submit any reply by August 12, 2026.

The Clerk of Court respectfully is requested to mail a copy of this Order to Petitioner at the address he provided.

**SO ORDERED.**

**Date: August 4, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**