USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JESUS D. MEJIA HUERTA and Cintya A. Betancourt Valbuena, as Next Friend,

Petitioners/Plaintiffs,

-against-

WARDEN, in their official capacity as 26 Federal Plaza; WILLIAM JOYCE, in their official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as acting Executive Associate Director, Enforcement and Removal Operations; TODD M. LYONS, in his official capacity as Acting Director Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and ATTORNEY GENERAL, in their official capacity as Attorney General,

Respondents/Defendants.

1:26-cv-6452 (MKV)

ORDER DIRECTING THE PARTIES TO PROVIDE A STATUS UPDATE

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of the Government's response to the amended petition. [ECF Nos. 10, 11]. On or before August 21, 2026, following Petitioner's next hearing before an Immigration Judge, *see* [ECF No. 11-1] ¶ 24 (indicating that a hearing is scheduled for August 20, 2026), the Parties shall provide the Court with an update on the status of Petitioner's case in the immigration court. Thereafter, Petitioner having filed no timely reply to the Government's response, *see* [ECF No. 8] at 2, the Court will deem briefing closed.

The Clerk of Court respectfully is requested to mail a copy of this Order to Petitioner.

**SO ORDERED.**

**Date: August 19, 2026**
**New York, NY**

Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**