**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

JESUS D. MEJIA HUERTA and Cintya A. Betancourt Valbuena, as Next Friend,

Petitioners/Plaintiffs,

-against-

WARDEN, in their official capacity as 26 Federal Plaza; WILLIAM JOYCE, in their official capacity as Acting New York Field Office Director for U.S. Immigration and Customs Enforcement; MARCOS CHARLES, in his official capacity as acting Executive Associate Director, Enforcement and Removal Operations; TODD M. LYONS, in his official capacity as Acting Director Immigration and Customs Enforcement; MARKWAYNE MULLIN, in his official capacity as Secretary, U.S. Department of Homeland Security; and ATTORNEY GENERAL, in their official capacity as Attorney General,

Respondents/Defendants.

---------------------------------------------------------X

26 **CIVIL** 6452 (MKV)

# **JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2026, Petitioner is entitled to a “bond hearing before an immigration judge.

**DATED:** New York, New York
September 30 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**